OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 8, 2006

Felicia Cannon
Clerk of Court
U.S. District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201-2691

    RE:    **U.S.A. v. Eric Rarnell Lundy, Jr.**
                **Criminal Action No. 97-98-JJF**

Dear Ms,. Cannon,

    Pursuant to the transfer of jurisdiction order (certified copy attached) regarding Eric Rarnell Lundy, Jr., enclosed please find a certified copy of the docket together with certified copies of the indictment and judgment in the above case.

    Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: _____
Anita Bolton
Deputy Clerk

Enc.
/afb

cc:    U.S. Probation
        Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

_____    _____
**Date**            **Signature**